UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 3:08cr227-W |
| | ) | |
| v. | ) | ORDER SEALING |
| | ) | INFORMATION |
| **(1) LOUIS HARRELSON** | ) | |

UPON MOTION of the United States of America, by and through Gretchen C.F. Shappert, United States Attorney for the Western District of North Carolina, for an order directing that the Motion to Seal and this Order and Bill of Information and Plea Agreement and Factual Resume be sealed, to protect the secrecy of the on-going nature of the investigation in this matter until further order of this court,

**IT IS HEREBY ORDERED** that the Motion to Seal and this Order, Bill of Information, Plea Agreement, and Factual Resume be sealed until further order of this court.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office.

This the 13th day of November, 2008.

_____
UNITED STATES MAGISTRATE JUDGE