UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 3:08CR227-W |
| | ) | |
| v. | ) | **ORDER UNSEALING BILL** |
| | ) | **OF INFORMATION, FACTUAL** |
| | ) | **RESUME, AND PLEA** |
| LOUIS F. HARRELSON | ) | **AGREEMENT** |
| | ) | |

UPON MOTION of the United States of America, by and through Gretchen C.F. Shappert, United States Attorney for the Western District of North Carolina, for an order unsealing the Bill of Information, Factual Resume, and Plea Agreement filed in the above-captioned case on November 6, 2008,

**IT IS HEREBY ORDERED** that the Bill of Information, Factual Resume, and Plea Agreement be unsealed.

This, the 5th day of January, 2009.

_____
**CARL HORN, III**
**UNITED STATES MAGISTRATE JUDGE**