UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

3:08-Cr-00227-FDW

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| LOUIS F. HARRELSON, | ) | |
| | ) | |
| Defendant | ) | |

The Clerk of Court is hereby ordered to take custody of and deposit into the appropriate account for disposition a check in the amount of $1,021,868.31 (*i.e.*, the sum of $971,768.31 in restitution, $50,000.00 for a stipulated fine, and $100.00 special assessment) from Defendant Louis F. Harrelson.

This Order acknowledges that the Defendant Harrelson tendered said check on June 8, 2010, to the Clerk of Court in advance of written judgment in this case.

Signed: June 9, 2010

Frank D. Whitney
United States District Judge